IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CVENT, INC. | ) |
|     Plaintiff | ) |
| v. | ) Civil Action 1:18cv406-LO-JFA |
| CVENTCOIN.COM, et al | ) |
|     Defendants | ) |

### ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge John F. Anderson ("Recommendation") on September 21, 2018, (Dkt. 35). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was October 4, 2018. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 35).

It is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 27) is **GRANTED** in favor of CVent, Inc., and against the domain name cventcoin.com.

It is hereby **ORDERED** that registrar NameSilo, LLC transfer the registration for the domain name cventcoin.com to the Cvent account located via the User Name Cvent1.

_____
Liam O'Grady
United States District Judge

February 27, 2019
Alexandria, Virginia